UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JamieLyn Lorenti and Angela Lorenti,**<br><br>   Plaintiffs,<br><br>v.<br><br>**GC Services, L.P.; and DOES 1-10, inclusive,**<br><br>   Defendants. | :<br>:<br>:<br>:<br>:<br>: Civil Action No.: 3:14-cv-00070-WWE<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiffs anticipate filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

**Dated June 4, 2014**

                                                 **Respectfully submitted,**

                                                 **PLAINTIFFs, JamieLyn Lorenti and Angela Lorenti**

                                                 **/s/ Sergei Lemberg**

                                                 **Sergei Lemberg, Esq.**
                                                 **LEMBERG LAW L.L.C.**
                                                 1100 Summer Street, 3rd Floor
                                                 Stamford, CT 06905
                                                 Telephone: (203) 653-2250
                                                 Facsimile:  (203) 653-3424
                                                 slemberg@lemberglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) which sent notice of such filing to the following:

Michael A. Carbone, Esq.
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd.
Bridgeport, CT 06604
*Attorney for Defendant*

By  /s/ Sergei Lemberg

Sergei Lemberg